United States District Court
for the District of New Jersey

_____

**UNITED STATES OF AMERICA**

            Plaintiff

            vs.

**OSCAR LOPEZ, ET AL**

            Defendant
_____

Crim. 01-330

Order of Reassignment

It is on this 31st day of January 2012,

O R D E R E D that the entitled action is reassigned

from Judge Garrett E. Brown Jr. to Judge William J. Martini.

                        S/Jerome B. Simandle
                        Jerome B. Simandle, Chief Judge
                        United States District Court